**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2281

ALFRED T. THOMAS; RANDY L. THOMAS,

Plaintiffs - Appellants,

versus

CHARLOTTE MECKLENBURG SCHOOLS; RAYMOND
GIOVANELLI; MUFFET GARBER; MICHELE E. MORRIS;
MARIA B. PETREA,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:06-cv-00238)

Submitted: June 21, 2007          Decided: June 26, 2007

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alfred T. Thomas, Randy L. Thomas, Appellants Pro Se. Mark Weston Johnson, HELMS, MULLISS & WICKER, PLLC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred T. Thomas and Randy L. Thomas appeal the district court's order granting Defendants' motion to dismiss and dismissing the 42 U.S.C. § 1983 (2000) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Thomas v. Charlotte Mecklenburg Schools</u>, No. 3:06-cv-00238 (W.D.N.C. Nov. 9, 2006). We deny Thomas' motions to certify and for sanctions, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>